THE PEOPLE OF THE STATE OF NEW YORK ex rel. President and Directors of MANHATTAN COMPANY, as Trustee under an Indenture of Trust dated June 25, 1937, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [327–333 E. 57th St., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified by reducing the assessment on the building for the years involved to the sum of

$450,000, and as so modified affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.